UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:15-CR-00034-1FL
NO. 5:15-CR-00034-3FL
NO. 5:15-CR-00034-4FL

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **ORDER TO SEAL** |
| ) | |
| KEVIN PRENTICE BRASWELL ) | |
| ANTHONY THOMAS SNEED ) | |
| MARC BENJAMIN SKINNER ) | |

Upon motion of the United States, it is hereby ORDERED that Docket Entry Number 148 be sealed until such time as requested to be unsealed by the United States Attorney.

It is FURTHER ORDERED that the Clerk provide a signed copy of the Order to the United States Attorney's Office.

IT IS SO ORDERED, this the 7th day of March, 2016.

_____
LOUISE W. FLANAGAN
United States District Judge