UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:15-CR-34-FL-4

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>MARC BENJAMIN SKINNER, )<br>)<br>Defendant. ) | ORDER |

This matter having come before the Court on defendant, MARC BENJAMIN SKINNER's, Unopposed Motion to Continue Sentencing Hearing of defendant, and for good cause shown, the motion is hereby GRANTED, and it is hereby ORDERED that defendant's sentencing hearing shall be continued until February 21, 2017 (time to be determined).

Further, this Court finds the ends of justice served by the granting of this continuance outweigh the best interests of the public and the defendant in a speedy trial. The period of delay necessitated by this continuance is excluded from speedy trial computation pursuant to 18 U.S.C. § 3161(h).

SO ORDERED, this the 30th day of November 2016.

_____
Louise W. Flanagan
United States District Judge