UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:15-CR-34-FL-4

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| MARC BENJAMIN SKINNER, | ) | |
| | ) | |
| Defendant. | ) | |

---

For good cause shown, defendant, MARC BENJAMIN SKINNER's, Motion to Seal

Sentencing Memorandum is hereby GRANTED.

SO ORDERED, this the _15th_ day of _____February_____ 2017.

Louise W. Flanagan
United States District Judge